[No. 4452–1.   Division One.   March 28, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. NICHOLAS ROMANO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 73680, Lloyd W. Bever, J., entered January 12, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 4520–1.   Division One.   March 28, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES JACKSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 75195, Edward E. Henry, J., entered February 13, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 4630–1.   Division One.   March 28, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. BRUCE BARRY WERNER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 75020, Erle W. Horswill, J., entered March 17, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 971–3.   Division Three.   March 30, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 3010, Albert J. Yencopal, J., entered September 14, 1973. *Affirmed* by unpublished per curiam opinion.